**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 12-cv-00567-REB-MEH

WADE A. WILLIAMS,

Plaintiff,

v.

THE BRACHFELD LAW GROUP,
ERICA LYNN BRACHFELD,
MARTIN S. BRACHFELD, and
JONATHAN W. BIRDT,

Defendants.

_____

**DEFENDANTS' REPLY IN SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO
FED.R.CIV.P. 12(b)(6)**

_____

COME NOW The Brachfeld Law Group ("Brachfeld"), Erica Lynn Brachfeld, Martin Brachfeld, and Jonathan W. Birdt (collectively, the "Defendants"), by and through their counsel, Adam L. Plotkin, P.C., and for their Reply Brief in Support of Its Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6), state as follows:

In his "Memorandum in Opposition to Defendants' Motion for Summary Judgment" (Doc. No. 8, Plaintiff's "Response"), Plaintiff incorrectly argues that Defendants filed a Motion for Summary Judgment under Fed.R.Civ.P 56.  Defendants filed a motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(6), not a motion for summary judgment under Fed.R.Civ.P 56.  Plaintiff fails to identify the proper standard for which Defendants are seeking dismissal.  Plaintiff fails to argue his complaint, on its face, is sufficient to survive a Fed.R.Civ.P. 12(b)(6) motion to dismiss.

Defendants' arguments are based squarely on the four-corners of the pleadings.

Plaintiff's arguments rely on facts outside the four-corners of the pleadings. Plaintiff states he requested validation of the debt, through his attorneys, and did so as early as August 2010. *Response,* ¶ 7. However, Plaintiff's complaint is completely devoid of these factual allegations. Furthermore, Plaintiff attaches an affidavit to his response which is not a part of the pleadings. Plaintiff's Complaint plainly states that Brachfeld sent Plaintiff an initial demand letter on July 16, 2011 (*Plaintiff's Complaint,* ¶ 17) and that Plaintiff requested validation on October 23, 2011 (*Plaintiff's Complaint*, ¶ 19); a span of 99 days and clearly outside the 30-day validation period.

WHEREFORE, Defendants respectfully request that Plaintiff's claims relating to an alleged failure to validate the debt be dismissed, and for such other relief as the Court deems appropriate.

DATED this 18th day of April, 2012.

Respectfully submitted,

Adam L. Plotkin, P.C.

/s/Steven J. Wienczkowski

By: _____

Steven J. Wienczkowski, Esq.
621 Seventeenth Avenue, Suite 1800
Denver, Colorado 802933
Telephone: (303) 382-0528
FAX: (303) 302-6864
swienczkowski@alp-pc.com
Attorneys for Defendant

**<u>Certificate of Service</u>**

I hereby certify that on April 18, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that a copy of the same was placed in the United States Mail, postage pre-paid, addressed to the following:

Wade A. Williams
13843 Fairfax Street
Thornton, Colorado 80602

By:  /s/Steven J. Wienczkowski

_____

Steven J. Wienczkowski