**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00567-REB-MEH

WADE A. WILLIAMS,

    Plaintiff,

v.

THE BRACHFELD LAW GROUP,
ERICA LYNN BRACHFELD,
MARTIN S. BRACHFELD, and
JONATHAN W. BIRDT,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on the **Stipulation of Dismissal With Prejudice** [#12][1] filed June 22, 2012. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#12] filed June 22, 2012, is **APPROVED**;

2. That any pending motion is **DENIED** as moot; and

---

[1] "[#12]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated June 22, 2012, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge